# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY T. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00898-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Rodney T. Brown, proceeding *pro se*, filed this civil action on August 2, 2024, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* does not provide sufficient information for the Court to determine if he is entitled to proceed without prepayment of fees or costs. Although Plaintiff's application indicates that he receives employment income in the amount of "$1,922.00" as gross pay and "1,240.00" as take-home pay and that he receives this "PER PAY PERIOD," he does not specify the pay period, e.g., monthly, weekly, or bi-weekly. (Doc. 2 at 1.) Plaintiff also does not clarify how much he contributes to the support of listed family members. (*Id.* at 2.)

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **August 7, 2024**              /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE